IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:06cr48-SPM

ANTONIO WATSON,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 189) is granted. Sentencing for Defendant Antonio Watson is reset for 1:30 p.m. on July 16, 2007, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 12th day of June, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge